UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1132
(EPA-R04-OAR-2022-0367)

_____

SIERRA CLUB

    Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, Administrator, U.S. Environmental Protection Agency

    Respondents

---

This case has been opened in this court.

| Originating Court | Environmental Protection Agency |
|---|---|
| Originating Case Number | EPA-R04-OAR-2022-0367 |
| Date Petition Filed: | 2/09/2026 |
| Petitioner(s) | Sierra Club |
| Appellate Case Number | 26-1132 |
| Case Manager | R. Sewell<br>804-916-2702 |